UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEVIN FLOYD,<br><br>    Plaintiff,<br><br>v.<br><br>24 HOUR FITNESS USA, LLC.<br><br>    Defendant. | Case No. 23-cv-00871-EMC<br><br>**ORDER TO SHOW CAUSE** |

    Defendant was given due notice of the case management conferences held on June 11, 2024, and November 7, 2023.  Counsel for Defendant appeared 15 minutes late for the hearing on June 11, and eight minutes late for the hearing on November 7, causing delays in Court proceedings.  Defendant would have failed to appear for both hearings had the Court not reached out to defendant by phone and email.  After defendant failed to appear timely for the hearing on November 7, the Court advised defendant by email to comply with the requirement that all parties log into Zoom no later than the time given in the Clerk's Notice.  Defendant failed to comply with Court orders twice with no disregard for the Court's schedule.  The Court hereby orders Defendant to Show Cause as to why Defendant's counsel should not be sanctioned for failure to comply with Court orders.  Defendant shall respond by July 8, 2024.  Defendant is forewarned that any future tardiness will be subject to further sanctions.

    **IT IS SO ORDERED.**

Dated: June 24, 2024

EDWARD M. CHEN
United States District Judge