UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEVIN FLOYD,<br><br>        Plaintiff,<br><br>    v.<br><br>24 HOUR FITNESS USA, LLC,<br><br>        Defendant. | Case No. 23-cv-00871-EMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Docket Nos. 47, 50 |

The Court has received and reviewed Defendant's response to the order to show cause. Based on the response, the Court hereby discharges the order to show cause. Defendant, however, is forewarned again that future tardiness will be subject to further sanctions.

**IT IS SO ORDERED**.

Dated: July 8, 2024

_____
EDWARD M. CHEN
United States District Judge